Lester F. Lamb, Plaintiff and Counter-Defendant-Appellee, v. Alan Horwick, Defendant and Counter-Plaintiff-Appellee. Allstate Insurance Company, Intervenor-Appellant.

Gen. No. 49,195.

First District, Third Division.

April 23, 1964.

Hinshaw, Culbertson, Moelmann & Hoban, of Chicago (Oswell G. Treadway, of counsel), for appellant. No brief filed for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.